UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NUVASIVE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ADAM RICHARD,<br><br>  Defendant. | Civil Action No. 1:19-cv-10995-DJC |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the new address of counsel for Defendant Adam Richard is as follows:

<u>Office Address</u>

100 High Street, 26th Floor
Boston, Massachusetts 02110

<u>Mailing Address</u>

P.O. Box 368
Swampscott, MA 01907-9988

Respectfully submitted,

ADAM RICHARD,

By his attorneys,

/s/ Steven D. Weatherhead
Steven D. Weatherhead, BBO # 637601
Marathas Barrow Weatherhead Lent LLP
P.O. Box 368
Swampscott, MA 01907-9988
Telephone: (617) 830-5460
sweatherhead@marbarlaw.com

Dated:  June 9, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2021, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent, via overnight courier, to unregistered participants.

/s/ Steven D. Weatherhead
Steven D. Weatherhead
