UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**NUVASIVE, INC.**

**V.**                                   **CIVIL ACTION NO. 19-10995-DJC**

**ADAM RICHARD**

### SETTLEMENT ORDER OF DISMISSAL

CASPER, D.J.

       The Court having been advised by counsel for the parties that the above-entitled action has been settled;

       IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if settlement is not consummated.

October 19, 2021                                     /s/ Lisa M. Hourihan
                                                         --------------------------
                                                         Deputy Clerk